IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAITINA BROOKINS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ECO SUPPORTIVE LIVING, LLC,<br><br>Defendant. | **8:25CV551**<br><br><br>**ORDER** |

Joseph S. Risko, on behalf of Burnett Legal Group, LLP, has filed a Suggestion of Death for Plaintiff's Counsel, Terry A. White, (Filing No. 17) and seeks leave under NEGenR 1.3(f) for White and the firm to be withdrawn as counsel for Plaintiff. (Filing No. 18). Risko's filings assert the firm is unable to continue to represent Plaintiff in this matter and the firm has made diligent efforts to secure new counsel but has been unsuccessful to date. Plaintiff has been notified, and the motion requests a stay of these proceedings for a reasonable and sufficient time to allow Plaintiff to find new counsel. NEGenR 1.3(f) requires counsel to file a motion to withdraw, and provide proof of service of the motion on the client. Burnett Law has shown proof of service on Plaintiff and good cause for the withdrawal. Accordingly,

IT IS ORDERED:

1. Upon suggestion of death of Plaintiff's current counsel of record, (Filing No. 17), the motion to withdraw filed by Burnett Law Group (Filing No. 18), is granted. Terry A. White shall not receive further electronic notice in this case.

2. For good cause shown, the case progression schedule set in Filing No. 15 is stayed for 90 days, until July 24, 2026.

3. On or before July 24, 2026, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

4. The Clerk shall set a case management deadline of July 24, 2026, to confirm compliance with this order.

5. The Clerk shall mail a copy of this order to Plaintiff at the address provided by counsel:

     Daitina Brookins
     18906 R Street
     Omaha, NE 68135

Dated this 24th day of April, 2026.

                    BY THE COURT:

                    s/ Ryan C. Carson
                    United States Magistrate Judge