IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAITINA BROOKINS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ECO SUPPORTIVE LIVING, LLC,<br><br>Defendant. | **8:25CV551**<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket, pursuant to NECivR 41.2, which states: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." On April 24, 2026, the court granted Plaintiff's counsel leave to withdraw following a suggestion of death and stayed the case for 90 days. (Filing No. 19). The court ordered Plaintiff to either have new counsel file an appearance or notify the court of her intent to proceed *pro se* by July 24, 2026. Plaintiff did neither.

On July 31, 2026, the court emailed the parties, including Plaintiff at her email address reflected on CM/ECF, to determine how Plaintiff intended to proceed. Plaintiff did not respond. The court then scheduled a status conference on August 5, 2026, to address Plaintiff's noncompliance. Plaintiff received email confirmation of the order setting that conference, but did not appear. Given her failure to comply with the April 24, 2026 order and her failure to appear, Plaintiff must show good cause within thirty (30) days why this action should not be dismissed for failure to prosecute under NECivR 41.2. Failure to

timely respond will result in a recommendation that the matter be dismissed without further notice.

Accordingly,

IT IS ORDERED that on or before September 4, 2026, Plaintiff must show cause why this case should not be dismissed for failure to prosecute.

The Clerk shall mail a copy of this order to Plaintiff at the address provided by her prior counsel:

Daitina Brookins
18906 R Street
Omaha, NE 68135

Dated this 5th day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge